Marcus Dawanell Carlisle )
)
v. )  NO. 1:16-CV-334
)  (To be assigned by the Clerk's Office.
Staffing Solutions; and )  Do not write in this blank.)
Wacker

Reeves/Lee

## APPLICATION TO PROCEED IN FORMA PAUPERIS
## WITH SUPPORTING DOCUMENTATION

I, Marcus Dawanell Carlisle , declare that I am the:

☒ plaintiff/petitioner

[ ] defendant/respondent

[ ] Other: _____

in the above-reverenced proceeding. In support of my request to proceed without being required to prepay fees or give security therefor, I state that because of my poverty, I am unable to pay the fees for this action or give security therefor. I believe that I am entitled to the relief sought in my complaint/petition/answer/response. The nature of my action, defense, or other proceeding or the issues I intend to present are briefly stated as follows:

Unlawful Discrimination: Defendants Failed to Prevent Racial Harassment on The Basis of Race, in Violation of Title VII of The Civil Rights Act of 1964, As Amended.

In further support of this application, I answer the following questions:

Page 1 of 10

## PERSONAL INFORMATION, EMPLOYMENT AND INCOME DATA

NAME (First    Middle    Last)                 YEAR OF BIRTH

Marcus  Dawanell  Carlisle         1974

SOCIAL SECURITY NUMBER (last 4 digits only)       PHONE NOS.

0385           423-834-6309

HOME ADDRESS:

3816 Dorris Street Chatt, TN 37410    4+ yrs.

OWN OR RENT?        HOW LONG AT CURRENT ADDRESS?

Single

MARITAL STATUS:

Express Staffing Professionals

NAME AND ADDRESS OF CURRENT EMPLOYER:

5922 Shallowford Rd

Chattanooga, TN 37421

TELEPHONE NUMBER OF EMPLOYER: 423-893-8099

HOW LONG AT CURRENT EMPLOYMENT?

6 months

OCCUPATION (Describe what you do):

Driver / Warehouse Worker

IF EMPLOYED, STATE BOTH THE GROSS AND NET AMOUNTS OF YOUR SALARY AND WAGES PER MONTH.

GROSS: $1,920         NET: $1,684

IF NOT CURRENTLY EMPLOYED, GIVE MONTH AND YEAR OF LAST EMPLOYMENT:

HOW MUCH DID YOU EARN PER MONTH AT YOUR LAST EMPLOYMENT:

Case 1:16-cv-00334-PLR-CHS   Document 1   Filed 08/09/16   Page 2 of 10   PageID #: 2

HAVE YOU RECEIVED ANY MONEY FROM ANY OF THE FOLLOWING SOURCES
WITHIN THE PAST TWELVE MONTHS?

---

Business, professional or other form of self-employment?　[ ] Yes　　[X] No

If YES, state the source and amount:

---

Rent payments, interest, or dividends?　　　　　　　[ ] Yes　　[X] No

If YES, state the source and amount:

---

Pensions, annuities, or life insurance payments?　　　[ ] Yes　　[X] No

If YES, state the source and amount:

---

Gifts or inheritance?　　　　　　　　　　　　　　[ ] Yes　　[X] No

If YES, state the source and amount:

---

Any other source?　　　　　　　　　　　　　　　[ ] Yes　　[X] No

If YES, state the source and amount:

---

Page 3 of 10

## ASSETS:

### LIST ANY OF THE FOLLOWING ASSETS THAT YOU OWN AND THE TOTAL VALUE

CASH                                                                 $  Ø

CHECKING ACCOUNTS TOTAL BALANCE (List Banks Below)    $  90.10
(**Do NOT include account numbers**)

First Volunteer Bank
_____

_____

SAVINGS ACCOUNTS–TOTAL BALANCE (List Banks Below)    $  Ø
(**Do NOT include account numbers**)

_____

_____

STOCKS AND BONDS                                                     $  Ø

REAL ESTATE–CURRENT FAIR MARKET VALUE
(List Locations Below)

_____    $____Ø____

_____    $____Ø____

_____    $____Ø____

**TOTAL REAL ESTATE**                                $  Ø

Page 4 of 10

Case 1:16-cv-00334-PLR-CHS    Document 1    Filed 08/09/16    Page 4 of 10    PageID #: 4

VALUE OF PERSONAL PROPERTY, EXCLUDING VEHICLES (Itemize)

Recording Equipment          $ 250.00

Clothes                       $ 250.00

                              $

**TOTAL PERSONAL PROPERTY**          $ 500.00

MOTOR VEHICLES

Year/Make          License No.              Current Value

                                            $ ∅

                                            $

                                            $

**TOTAL VALUE OF MOTOR VEHICLES**      $ ∅

DEBTS OWED TO YOU (Give Name of Debtor)

NONE                          $ ∅

                              $

                              $

**TOTAL DEBTS OWED TO YOU**          $ ∅

OTHER ASSETS (ITEMIZE)

NONE                          $ ∅

                              $

                              $

**TOTAL OTHER ASSETS**          $ ∅

**TOTAL OFF ALL ASSETS:** $ 500.00

Page 5 of 10

Case 1:16-cv-00334-PLR-CHS     Document 1     Filed 08/09/16     Page 5 of 10     PageID #: 5

# LIABILITIES
## (DO NOT INCLUDE ACCOUNT NUMBERS)

NOTES (LOANS) PAYABLE TO BANKS (List bank name and amount of loan only)

_Gate One Lending & Finance_  $ 13,827.52

_____  $ Ø

_____  $ Ø

**TOTAL LOANS PAYABLE TO BANKS**      $13,827.52

| | |
|---|---|
| NOTES (LOANS PAYABLE TO OTHERS) | $ Ø |
| MORTGAGES PAYABLE ON REAL ESTATE | $ Ø |
| CREDIT CARDS AND ACCOUNTS PAYABLE TO CREDITORS | $ Ø |
| MEDICAL BILLS | $ Ø |
| TAXES AND ASSESSMENTS PAYABLE | $ 666.27 |

OTHER LIABILITIES (Itemize)

_____      $ Ø

_____      $ Ø

_____      $ Ø

**TOTAL LIABILITIES**      $      14,493.88

Page 6 of 10

Case 1:16-cv-00334-PLR-CHS    Document 1    Filed 08/09/16    Page 6 of 10    PageID #: 6

## LIVING EXPENSES

| | Monthly Payment | Balance Owing |
|---|---|---|
| [X] RENT or [ ] MORTGAGE PAYMENT (check one) | $ 350.00 | $ Ø |
| ELECTRICITY | $ 45.00 | $ Ø |
| WATER | $ 40.00 | $ Ø |
| GAS | $ Ø | $ Ø |
| TELEPHONE | $ 160.00 | $ Ø |
| FOOD | $ 100.00 | $ Ø |
| ALIMONY | $ Ø | $ Ø |
| CHILD SUPPORT | $ Ø | $ Ø |
| CHILD CARE | $ Ø | $ Ø |
| SCHOOL EXPENSES | $ Ø | $ Ø |
| AUTOMOBILE NOTE | $ 420.66 | $ 13,827.52 |
| AUTOMOBILE INSURANCE | $ 105.97 | $ 423.88 |
| AUTOMOBILE REPAIRS | $ Ø | $ Ø |
| GASOLINE | $ 100.00 | $ Ø |
| FURNITURE NOTE | $ Ø | $ Ø |
| CLOTHING | $ Ø | $ Ø |
| CABLE TELEVISION | $ Ø | $ Ø |
| LIFE INSURANCE | $ 24.00 | $ Ø |
| HOSPITALIZATION INSURANCE | $ Ø | $ Ø |
| DOCTORS | $ Ø | $ Ø |
| DRUGS | $ Ø | $ Ø |
| CREDIT CARDS | $ Ø | $ Ø |
| OTHER CHARGE ACCOUNTS OR CREDITORS | $ Ø | $ Ø |
| TAXES | $ 100.00 | $ 666.36 |
| ANY OTHER EXPENSES (LIST) | | |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

**TOTAL EXPENSES**     $ 14,917.76

Case 1:16-cv-00334-PLR-CHS    Document 1    Filed 08/09/16    Page 7 of 10    PageID #: 7

## SPOUSES' PERSONAL INFORMATION; EMPLOYMENT AND INCOME DATA

NAME (First      Middle      Last)          YEAR OF BIRTH

NONE

SOCIAL SECURITY NUMBER (last 4 digits only)          PHONE NOS.

HOME ADDRESS (if different from yours):

OWN OR RENT?          HOW LONG AT CURRENT ADDRESS?

NAME AND ADDRESS OF CURRENT EMPLOYER:

TELEPHONE NUMBER OF EMPLOYER:

HOW LONG AT CURRENT EMPLOYMENT?

OCCUPATION (Describe what your spouse does):

SPOUSE'S CURRENT MONTHLY INCOME:

| | | |
|---|---|---|
| Salary or Wages | $ | Ø |
| Commissions | $ | Ø |
| All other sources (Pensions; Soc.Sec.; Rent; Interest; Dividends; Alimony, etc.) | $ | Ø |
| **TOTAL:** | $ | Ø |

Case 1:16-cv-00334-PLR-CHS     Document 1     Filed 08/09/16     Page 8 of 10     PageID #: 8

## NAME OF DEPENDENTS AND INCOME (If any)
### (For Minor Children, only provide first initials)

Names:                        Age:            Relationship:        Living
                                                                   With Whom?

None

Marcus D. Carlisle     41                     Self                 Self

TOTAL MONTHLY INCOME OF DEPENDENTS INCLUDING
CHILD SUPPORT PAYMENTS (exclude spouse)              $_____0_____

TOTAL MONTHLY INCOME OF APPLICANT, SPOUSE,
AND DEPENDENTS                                       $_1,684._____

Page 9 of 10

Case 1:16-cv-00334-PLR-CHS     Document 1     Filed 08/09/16     Page 9 of 10     PageID #: 9

# **AFFIDAVIT**

I hereby certify that the above statement is true and that it is a complete statement of all my income and assets, real and personal, whether held in my name or by any other, under penalty of perjury.

August 9th 2016
**DATE**

_Marcus D. McCalister_
**SIGNATURE**

Created:          January 31, 2007
IPF Application.wpd

Case 1:16-cv-00334-PLR-CHS    Document 1    Filed 08/09/16    Page 10 of 10    PageID #: 10